**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael  A. DeFazio                              CHAPTER 13
                    Debtor(s)

                                                        BKY. NO. 19-16467 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                                         Respectfully submitted,
                                         **/s/ Rebecca A. Solarz Esquire**
                                         Rebecca A Solarz, Esquire
                                         Kevin G. McDonald, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322