IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michael DeFazio | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-16467-pmm |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed May 20, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on May 20, 2020:*

Jennifer Crumling, Authorized Agent
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Paul M. Schwab, Debt Coll. Manager
Diamond Credit Union
1600 Medical Drive
Pottstown, PA 19464

*via Electronic Filing (ECF on May 20, 2020:*

Keri P. Ebeck on behalf of Harley-Davidson Credit Corp.
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Rebecca Ann Solarz on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
            Joseph Quinn, Esquire
            Attorney I.D. No. 307467
            101 S. Hanover Street, Suite 101
            Pottstown, PA 19464
            T: 610.323.5300
            F: 610.323.6081
            JQuinn@RQPLaw.com

Date: May 20, 2020        Counsel for Debtor