IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-16467-pmm |
| MICHAEL A. DEFAZIO, | Chapter 13 |
| Debtor, | Document No. 28, 40 |
| HARLEY-DAVIDSON CREDIT CORP., | |
| Movant, v. | |
| MICHAEL A. DEFAZIO and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 27, 2020, I served copies of the Motion for Relief from the Automatic Stay filed on April 21, 2020 at Doc. No. 28 and the Amended Notice of Hearing filed on May 27, 2020 at Doc. No. 40 upon the parties in interest in this proceeding, by First Class U.S. Mail, electronic notification or electronic mail, at the following addresses:

| | |
|---|---|
| Michael A DeFazio<br>204 Victoria Drive<br>Douglassville, PA 19518 | Joseph L Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street, Suite 101<br>Pottstown, PA 19464<br>CourtNotices@rqplaw.com |

| | |
|---|---|
| Scott Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ecfmail@readingch13.com | Office of the United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135