# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael A. DeFazio | Debtor(s) | CHAPTER 13 |
| Nissan-Infinit LT vs. | Moving Party | NO. 19-16467 PMM |
| Michael A. DeFazio | Debtor(s) | |
| Scott F. Waterman | Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Nissan-Infinit LT, and no response having been filed thereto,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** by default.

IT IS FURTHER **ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2019 Infiniti QX60, VIN: 5N1DL0MM4KC515442 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: May 27, 2020

_Patricia M. Mayer_
United States Bankruptcy Judge.