```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-16467-pmm
Michael A DeFazio                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith                 Page 1 of 1          Date Rcvd: May 27, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db             #+Michael A DeFazio,    204 Victoria Drive,    Douglassville, PA 19518-9596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Michael A DeFazio CourtNotices@rqplaw.com
              KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael A. DeFazio<br>_Debtor(s)_ | CHAPTER 13 |
| Nissan-Infinit LT<br>_Moving Party_<br>vs. | NO. 19-16467 PMM |
| Michael A. DeFazio<br>_Debtor(s)_ | |
| Scott F. Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Nissan-Infinit LT, and no response having been filed thereto,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** by default.

IT IS FURTHER **ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2019 Infiniti QX60, VIN: 5N1DL0MM4KC515442  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated:  May 27, 2020

_Patricia M. Mayer_
United States Bankruptcy Judge.