IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-16467-pmm |
| MICHAEL A. DEFAZIO, | Chapter 13 |
| Debtor, | Document No. |
| HARLEY-DAVIDSON CREDIT CORP., | |
| Movant, v. | |
| MICHAEL A. DEFAZIO and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this <u>17th</u> day of <u>June</u>, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp in the 2017 Harley-Davidson FXSB Breakout, VIN #1HD1BFV18HB032437.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge