```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-16467-pmm
Michael A DeFazio                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa              Page 1 of 1              Date Rcvd: Jun 18, 2020
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
db              #+Michael A DeFazio,    204 Victoria Drive,    Douglassville, PA 19518-9596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Michael A DeFazio CourtNotices@rqplaw.com
              KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-16467-pmm |
|---|---|
| MICHAEL A. DEFAZIO, | Chapter 13 |
| Debtor, | Document No. |
| HARLEY-DAVIDSON CREDIT CORP., | |
| Movant, | |
| v. | |
| MICHAEL A. DEFAZIO and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 17th day of June, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

   a. Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp in the 2017 Harley-Davidson FXSB Breakout, VIN #1HD1BFV18HB032437.

   b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge