# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael A. DeFazio,               :      Chapter 13
               Debtor                    :      No. : 19-16467-pmm
                                                          :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

      Kindly update the Court's records to reflect a new mailing address for debtor Michael A. DeFazio, effective immediately, to:

                PO Box 566

              Douglassville, PA 19518

            ROSS, QUINN & PLOPPERT, P.C.

            By:    /s/ Joseph Quinn
                      Joseph Quinn, Esquire
                      Attorney I.D. No. 307467
                      192 S. Hanover Street, Suite 101
                      Pottstown, PA 19464
                      T: 610.323.5300
                      F: 610.323.6081
                      JQuinn@rqplaw.com

Date: June 23, 2020