IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael DeFazio            :       Chapter 13
        Debtor            :       Bankruptcy No.: 19-16467-pmm
                                    :

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed June 24, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on June 24, 2020:*

Jennifer Crumling, Auth Agent
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Paul M. Schwab, Debt Coll. Manager
Diamond Credit Union
1600 Medical Drive
Pottstown, PA 19464

Aimee Cobb, Bankr. Admin.
Infiniti Financial Services
POB 660366
Dallas, TX 75266-0366

*via Electronic Filing (ECF on June 24, 2020:*

Keri P. Ebeck, Esquire on behalf of Harley-Davidson Credit Corp.
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Rebecca Ann Solarz, Esquire on behalf of Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                            **ROSS, QUINN & PLOPPERT, P.C.**

                              By:    */s/ Joseph Quinn*
                                        Joseph Quinn, Esquire
                                        Attorney I.D. No. 307467
                                        101 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        F: 610.323.6081
                                        JQuinn@RQPLaw.com
Date: June 24, 2020                  Counsel for Debtor