# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael A. DeFazio,             :     Chapter 13
             Debtor            :     No. : 19-16467-pmm
                                            :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

Kindly update the Court's records to reflect a new physical address for debtor Michael A. DeFazio, effective immediately, to:

> 680 Greenbrook Drive
> Milford, DE 19963

Debtor's mailing address should remain as the PO Box previously filed on June 23, 2020 [document no. 47].

                              ROSS, QUINN & PLOPPERT, P.C.

                              By:     /s/ Joseph Quinn
                                         Joseph Quinn, Esquire
                                         Attorney I.D. No. 307467
                                         192 S. Hanover Street, Suite 101
                                         Pottstown, PA 19464
                                         T: 610.323.5300
                                         F: 610.323.6081
                                         JQuinn@rqplaw.com

Date: July 14, 2020