**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Michael A. DeFazio | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 19-16467-pmm** |

**PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION AND ASSOCIATED DOCUMENTS [DOCUMENT NOS. 12, 13, 14, 15, 16 and 58]**

TO THE CLERK OF COURT:

Kindly withdraw the Application for Compensation, Exhibit A, Proposed Order, Notice of Application, Certificate of Service, filed by Debtor's Counsel on January 8, 2020 [Document Nos. 12, 13, 14, 15, 16] and Proposed Order filed by Debtor's Counsel on October 7, 2020 {Document No. 58].

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: October 8, 2020