United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16467-pmm

Michael A DeFazio     Chapter 13

Michael A DeFazio

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Jul 25, 2022     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A DeFazio, MAILING ADDRESS, P O Box 566, Douglassville, PA 19518-0566 |
| db | + | Michael A DeFazio, 680 Greenbrook Drive, Milford, DE 19963-6445 |
| 14405718 | + | Energy Recruiting Specialist, Inc., PO Box 566, Douglassville, PA 19518-0566 |
| 14405720 | + | Fst Collect, Po Box 102, Lewes, DE 19958-0102 |
| 14498420 | + | Nissan Motor Acceptance Corporation, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14448895 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 26 2022 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2022 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14429020 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14405712 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:42 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14405714 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 26 2022 00:14:42 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14405713 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 26 2022 00:11:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14433288 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14405715 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2022 00:24:49 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14405716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2022 00:11:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14405717 | | Email/Text: bankruptcy@diamondcu.com | Jul 26 2022 00:11:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14405719 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 26 2022 00:11:00 | Esb/harley Davidson Credit, Po Box 21829, Carson City, NV 89721-1829 |
| 14428724 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14409033 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 14441198 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2022 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14405721 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 26 2022 00:14:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14417381 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14405722 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2022 00:11:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14427013 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2022 00:14:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14619058 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14405723 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14441448 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2022 00:14:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14419269 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14439801 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2022 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14405724 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:42 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14405725 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 26 2022 00:11:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Michael A DeFazio CourtNotices@rqplaw.com |
| KERI P EBECK | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael A DeFazio and Michael A DeFazio

        Debtor(s)

Case No: 19−16467−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/25/22

67 − 66
Form 138OBJ