| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-16467-PMM

Michael A DeFazio  
680 GREENBROOK DRIVE  
MILFORD  DE    19963

Petition Filed Date: 10/15/2019  
341 Hearing Date: 11/26/2019  
Confirmation Date: 09/03/2020

Case Status: Completed on 6/24/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $575.00 | | 05/24/2021 | $575.00 | | 06/22/2021 | $575.00 | |
| 07/22/2021 | $575.00 | | 08/23/2021 | $575.00 | | 09/22/2021 | $575.00 | |
| 10/22/2021 | $575.00 | | 11/22/2021 | $575.00 | | 12/22/2021 | $575.00 | |
| 01/25/2022 | $575.00 | | 02/23/2022 | $575.00 | | 03/22/2022 | $575.00 | |
| 04/25/2022 | $575.00 | | 05/23/2022 | $575.00 | | 06/24/2022 | $2,875.00 | |

**Total Receipts for the Period: $10,925.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,525.00 | $2,525.00 | $0.00 |
| 1 | INFINITI FINANCIAL SERVICES »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $9,989.55 | $1,126.70 | $8,862.85 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $1,392.81 | $1,392.81 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $233.27 | $26.29 | $206.98 |
| 5 | DIAMOND FEDERAL CREDIT UNION »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DIAMOND FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $13,702.35 | $1,545.45 | $12,156.90 |
| 7 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $10,771.22 | $1,214.83 | $9,556.39 |
| 8 | HARLEY DAVIDSON CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $7,609.04 | $7,609.04 | $0.00 |
| 10 | BECKET & LEE, LLP »» 009 | Unsecured Creditors | $1,492.19 | $168.30 | $1,323.89 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $485.30 | $54.72 | $430.58 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $936.64 | $105.63 | $831.01 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,186.47 | $359.37 | $2,827.10 |
| 14 | INFINITI FINANCIAL SERVICES »» 01U | Unsecured Creditors | $18,468.59 | $2,083.00 | $16,385.59 |

**Chapter 13 Case No. 19-16467-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $19,900.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $18,211.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,688.86 | Total Plan Base: | $19,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.